UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ousmane Mamadou Sy,　　　　　　　　　　　　　Case No. 4:19-cv-894

　　　　　　Petitioner,

　　v.　　　　　　　　　　　　　　　　　　　　　ORDER

Immigration and Customs
Enforcement,

　　　　　　Respondent.

　　　　Before me is the January 15, 2020 Report and Recommendation of Magistrate Judge James R. Knepp, II, (Doc. No. 11), recommending I grant Respondent's motion and dismiss without prejudice the § 2241 petition filed by Petitioner Ousmane Mamadou Sy as moot.

　　　　Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). The fourteen-day period has elapsed and no objections have been filed.

　　　　The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 11), in its entirety as the Order of the Court and dismiss Sy's petition without prejudice.

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge